**NONPRECEDENTIAL DISPOSITION**

To be cited only in accordance with FED. R. APP. P. 32.1

# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

Argued January 12, 2022
Decided July 11, 2022

**Before**

JOEL M. FLAUM, *Circuit Judge*

FRANK H. EASTERBROOK, *Circuit Judge*

DIANE P. WOOD, *Circuit Judge*

| | |
|---|---|
| Nos. 21-2480 & 21-2573 | |
| | Appeals from the United States District Court for the Southern District of Indiana, Indianapolis Division. |
| WHOLE WOMAN'S HEALTH ALLIANCE, et al., *Plaintiffs-Appellees*, | |
| *v.* | |
| | No. 1:18-cv-01904-SEB-MJD |
| TODD ROKITA, Attorney General of Indiana, et al., *Defendants-Appellants*. | Sarah Evans Barker, *Judge*. |

**O R D E R**

The judgment of the District Court is vacated, and the case is remanded for further proceedings consistent with *Dobbs v. Jackson Women's Health Organization*, No. 19–1392 (U.S. June 24, 2022). This court does not now address the district court's rulings based on the First Amendment, because they were influenced by pre-*Dobbs* decisions holding that abortion is a fundamental right. The District Court should reconsider all claims in this litigation in light of *Dobbs* and the government-speech doctrine of *Pleasant Grove v. Summum*, 555 U.S. 460 (2009), and *Walker v. Texas Division, Sons of Confederate Veterans, Inc.*, 576 U.S. 200 (2015). Any appeals from the decision on remand will return to this panel.